1  Patrick J. Reilly
   Nevada Bar No. 6103
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, Nevada 89106
   Telephone: 702.382.2101
4  Facsimile: 702.382.8135
   preilly@bhfs.com
5
   *Attorneys for BMW of North America, LLC*
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERGREEN PHARMACY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a New Jersey Limited Liability Company;<br><br>Defendant. | Case No.: 2:23-cv-01860-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

27847166

## STIPULATION

Plaintiff Evergreen Pharmacy, Inc. and Defendant BMW of North America, LLC ("BMW NA") hereby stipulate and agree to dismiss the above-entitled action without prejudice. Both parties agree not to seek attorneys' fees and costs of suit at this time, but expressly reserve the right to seek the attorneys' fees and costs of suit incurred in this action in the event Plaintiff chooses to refile this action or otherwise sue BMW NA at a later time.

DATED this 27th day of March, 2024.                    DATED this 27th day of March, 2024.

/s/ *George Omar Koury*                                           /s/ *Patrick J. Reilly*
George Omar Koury, Esq.                                        Patrick J. Reilly
PARADISE LAW                                                         BROWNSTEIN HYATT FARBER
P.O. Box 96537                                                           SCHRECK, LLP
Las Vegas, NV 89193                                                100 North City Parkway, Suite 1600
                                                                                   Las Vegas, NV 89106-4614

*Attorneys for Evergreen Pharmacy, Inc.*

*Attorneys for BMW of North America, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this  28th  day of March, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

27847166

- 2 -